UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:20-CV-14176-ROSENBERG/REID

RICHARD SCOTT DOSS,

    Plaintiff,

v.

WILLIAM D. SNYDER, MARTIN
COUNTY SHERIFF, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING AND CLOSING CASE

This matter is before the Court upon the Report and Recommendation of Magistrate Judge Lisette M. Reid. DE 7. Plaintiff filed a civil rights Complaint under 42 U.S.C. § 1983. DE 1. The Court referred this case to Judge Reid for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on all dispositive matters. DE 2. Judge Reid ordered Plaintiff to file an Amended Complaint by July 4, 2020, cautioning him that failure to comply could result in the dismissal of this case. DE 4. Plaintiff has not filed an Amended Complaint to date. Thus, in the instant Report and Recommendation, Judge Reid recommends that this case be dismissed without prejudice for failure to prosecute and for failure to comply with Court Order. DE 7. Plaintiff has not objected to the Report and Recommendation, and the time for objecting has passed.

The Court has reviewed the Report and Recommendation and the record and is otherwise fully advised in the premises. The Court agrees with the analysis and conclusion in the Report and Recommendation and finds Judge Reid's recommendation to be well reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reid's Report and Recommendation [DE 7] is **ADOPTED** as the Order of the Court.

2. This case is **DISMSISED WITHOUT PREJUDICE** for failure to prosecute and for failure to comply with Court Order.

3. The Clerk of the Court is instructed to **CLOSE THIS CASE**. All deadlines are **TERMINATED**, all hearings are **CANCELLED**, and all motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 31st day of August, 2020.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Plaintiff
Counsel of Record

2